NUMBERS 13-06-270-CR 


 13-06-271-CR

 13-06-272-CR

 13-06-273-CR

 13-06-274-CR

 13-06-275-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________________ ____


JENNIFER MARIE MAYO, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________ _____


On appeal from the 117th District Court 


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam




 Appellant, JENNIFER MARIE MAYO, perfected appeals from judgments entered
by the 117th District Court of Nueces County, Texas, in cause numbers 06-CR-0162-B, 06-CR-0263, 06-CR-0264-B, 06-CR-0265-B, 06-CR-0709-B, and 05-CR-2879-B. 
Appellant has filed a motion to dismiss the appeals. The motion complies with Tex.
R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeals, is of the opinion that appellant's motion to dismiss the appeals
should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 22nd day of November, 2006.